IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIOLET CURRY, as the Personal Representative of the Estate of MICHAEL CURRY, Deceased | |
| Plaintiff, | Consolidated Under MDL DOCKET NO 875 |
| v. | Civil Action No. 09-65685 |
| AMERICAN STANDARD, et al., | |
| Defendants. | |

## **O R D E R**

**AND NOW**, this **12th** day of **August 2010** it is hereby **ORDERED** that Defendant Crane Co.'s Objections to the Magistrate Judges' Report and Recommendation (doc. no. 55) are **OVERRULED**.

It is further **ORDERED** that the Magistrate Judges' Report and Recommendation (doc. no. 52) is **ADOPTED** and Crane Co.'s Motion for Summary Judgment (doc. no. 25), filed on January 22, 2009, is **DENIED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**