IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIOLET CURRY, as the Personal Representative of the Estate of MICHAEL CURRY, Deceased : : : : Plaintiff, : : v. : : AMERICAN STANDARD, : et al., : : Defendants. : | Consolidated Under MDL DOCKET NO 875 Civil Action No. 09-65685 |

**O R D E R**

**AND NOW**, this **19th** day of **August 2010** it is hereby **ORDERED** that Defendant Buffalo Pumps Inc.'s first objection to the Magistrate Judges' Report and Recommendation (doc. no. 56) is **SUSTAINED**.

It is further ordered that the remaining three objections to the Magistrate Judges' Report and Recommendation (doc. no. 56) are **OVERRULED**.

It is **ORDERED** that the Magistrate Judges' Report and Recommendation (doc. no. 53) is **ADOPTED** in part and Defendant Buffalo Pump Inc.'s Motion for Summary Judgment (doc. no. 24), filed on January 22, 2010, is **DENIED**.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**